UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND LeBLANC, | ) | Case No. CV 09-1551-CJC (OP) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| J. L. NORWOOD, Warden. | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ORDERED that Judgment be entered: (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered granting the Petition and ordering the BOP to stop collecting restitution payments from Petitioner, and to place Petitioner on "IFRP Exempt" status.

DATED: July 16, 2010

_____
HONORABLE CORMAC J. CARNEY
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge