JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND LeBLANC,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J.L. NORWOOD, Wardenn,<br><br>　　　　　Respondent. | Case No. CV 09-1551-CJC (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted and Respondent is ordered to stop collecting restitution payments from Petitioner, and to place Petitioner on "IFRP Exempt" status.

DATED: July 16, 2010

_____
HONORABLE CORMAC J. CARNEY
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge